IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. **07-cv-00935-JLK**

**JEFFREY HIJAR, a minor through his guardian and natural parent, VERONICA HIJAR**,

      Plaintiff,

v.

**PUEBLO SCHOOL DISTRICT NO. 60,**
**HIGHLAND PARK ELEMENTARY SCHOOL,**
**TED JOHNSON,**
**EMILY MONTEZ,**
**RHONDA PADILLA,**
**SHERYL L. WICKLIFFE,**
**KENT SHORTER and**
**PEGGY O'BRIEN, Jointly and Severally,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Motion to Withdraw (doc. #13), filed May 15, 2007, is GRANTED. Eric M. Ziporin is permitted to withdraw as attorney of record for defendants.

Dated: May 17, 2007