IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. **07-cv-00935-JLK-MEH**

**JEFFREY HIJAR, a minor through his guardian and natural parent, VERONICA CHAVEZ**,

      Plaintiff,

v.

**PUEBLO SCHOOL DISTRICT NO. 60,**
**HIGHLAND PARK ELEMENTARY SCHOOL,**
**TED JOHNSON,**
**EMILY MONTEZ,**
**RHONDA PADILLA,**
**SHERYL L. WICKLIFFE,**
**KENT SHORTEN and**
**PEGGY O'BRIEN, Jointly and Severally,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion to Amend Pleading (doc. #36), filed May 14, 2008, is GRANTED. Plaintiff is permitted to amend the complaint to add Katherine Aguilar as a defendant.

Dated: May 15, 2008