IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. **07-cv-00935-JLK-MEH**

**JEFFREY HIJAR, a minor through his guardian and natural parent, VERONICA CHAVEZ**,

      Plaintiff,

v.

**PUEBLO SCHOOL DISTRICT NO. 60,
HIGHLAND PARK ELEMENTARY SCHOOL, and
TED JOHNSON,
EMILY MONTEZ,
RHONDA PADILLA,
SHERYL L. WICKLIFFE,
KENT SHORTEN
PEGGY O'BRIEN, and
KATHERINE AGUILAR, Jointly and Severally,**

      Defendants.

## ORDER ON PLAINTIFFS' MOTIONS TO DISMISS

Kane, J.

This matter is before me on: Plaintiff's Motion to Dismiss Claims Against Co-Defendant Peggy O'Brien (Doc. 39); Plaintiff's Motion to Dismiss Plaintiff's Fourth, Fifth and Seventh Claims for Relief (Doc. 40); and Plaintiff's Motion to Dismiss/Withdraw Plaintiff's Second, Third, Sixth and Eighth Claims for Relief Against Co-Defendant Ted Johnson (Doc. 41), all filed May 23, 2008 and all unopposed. Having carefully considered these Motions and being fully advised in the premises, I GRANT each of the listed Motions and ORDER as follows:

1. All claims against Defendant Peggy O'Brien are DISMISSED with prejudice. The caption in this action shall be revised to reflect her dismissal from this case.

2. Plaintiff's Fourth Claim for Relief (Professional Malpractice), Fifth Claim for Relief (Breach of Contract) and Seventh Claim for Relief (Breach of Fiduciary Duty) are each DISMISSED with prejudice.

3. The following claims are DISMISSED with prejudice AS AGAINST DEFENDANT TED JOHNSON ONLY: Second Claim for Relief (Assault and Battery); Third Claim for Relief (False Imprisonment); Sixth Claim for Relief (Extreme and Outrageous Conduct); and Eighth Claim for Relief (Deprivation of Rights).

IT IS SO ORDERED this 27th day of May, 2008.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court