IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Case No. **07-cv-00935-JLK-MEH**

**JEFFREY HIJAR, a minor through his guardian and natural parent, VERONICA CHAVEZ**,

      Plaintiff,

v.

**PUEBLO SCHOOL DISTRICT NO. 60,
HIGHLAND PARK ELEMENTARY SCHOOL, and
TED JOHNSON,
EMILY MONTEZ,
RHONDA PADILLA,
SHERYL L. WICKLIFFE,
KENT SHORTEN, and
KATHERINE AGUILAR, Jointly and Severally,**

      Defendants.

---

**ORDER**

---

Kane, J.

Defendants' Motion for Entry of Judgment of Bill of Costs and Attorneys' Fees (Doc. #52), filed June 10, 2008, is DENIED. Defendants' claim to fees and costs pursuant to Colo. Rev. Stat. § 13-17-201 is meritless. The May 27, 2008 Order dismissing certain claims in this action was based on Plaintiff's voluntary dismissal of these claims pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and not pursuant to a motion by Defendants or Rule 12(b) of the Colorado Rules of Civil Procedure. For this and other reasons, the Colorado fee shifting statute does not apply.

Nor am I persuaded that fees and costs should be awarded to Defendants on the ground that the voluntarily dismissed claims were "frivolous, unreasonable or groundless."

IT IS SO ORDERED.

Dated this 11th day of June, 2008.

s/ John L. Kane  
John L. Kane, Senior District Judge  
United States District Court