IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00935-JLK-MEH

JEFFREY HIJAR, a minor through his guardian and natural parent, VERONICA CHAVEZ,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,
HIGHLAND PARK ELEMENTARY SCHOOL,
EMILY MONTEZ,
RHONDA PADILLA,
SHERYL L. WICKLIFFE,
KENT SHORTEN, and
KATHERINE AGUILAR, Jointly and Severally,

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

**THIS MATTER**, having come before the Court upon the parties' Stipulation for Dismissal with Prejudice and the file, and the Court having reviewed and considered said Stipulation and being fully advised in the premises, does hereby

**ORDER** that the Stipulation is GRANTED and the claims of Plaintiff Jeffrey Hijar against all Defendants are dismissed.

DATED this ___8___ day of ____June____, 2009.

BY THE COURT:

_____
United States District Court Judge